UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL, ROOM 107
MIDLAND, TEXAS 79701-5217

WILLIAM G. PUTNICKI
CLERK OF COURT

March 27, 2008

Clerk of the Court
Northern District of California
Phillip Burton Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102-3434

FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08-152 MHP

Re:   U.S.A. vs. Alec McLeod Boykin
      Criminal Action MO-02-CR-008 (1)

Dear Clerk:

   Pursuant to a signed Transfer of Jurisdiction signed by the District Judge in the Western District of Texas, and the Northern District of California, supervised release of Alec McLeod Boykin, is transferred to your court.

   The Indictment, Judgment and Commitment, Financial Printout, and the Docket Sheet are forwarded for your information. Return the enclosed letter copy to the Western District of Texas. If any additional information is needed on the above listed individual, please feel free to contact our office.

   Thank you for your cooperation in this matter.

                                             Sincerely,

                                             WILLIAM G. PUTNICKI, Clerk

                                             _____
                                             By: Deputy Clerk

:sm

cc:   U.S. Probation

   The above listed Transfer of Jurisdiction was received in our office on _____.
and assigned new case number    CR-08-0152-MHP                              .

                                             _____
                                             By: Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* MO-02-CR-008 (01) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ALEC MCLEOD BOYKIN<br><br>SAN FRANCISCO, CALIFORNIA | WESTERN/TEXAS | MIDLAND |
| | NAME OF SENTENCING JUDGE | |
| | THE HONORABLE ROBERT JUNELL | |
| | DATES OF PROBATION/ SUPERVISED RELEASE 08-09-2006 | FROM 08-09-2006 / TO 09-08-2008 |

OFFENSE

AIDING AND ABETTING/TRANSPORTATION OF ILLEGAL ALIENS FOR COMMERCIAL ADVANTAGE AND FINANCIAL GAIN in violation of 8 U.S.C. 1324 (a)(2)(B)(2)(ii) & 18 U.S.C. 2:

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___TEXAS___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___NORTHERN DISTRICT OF CALIFORNIA___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___3-3-08___ Date                    ___[signature]___ United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A true copy of the original, I certify.
Clerk U.S. District Court
By ___[signature]___ Deputy

___3/11/08___ Effective Date                    ___[signature]___ United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
FEB - 5 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | |
| | ) | I N F O R M A T I O N  MO02CR008 |
| Plaintiff, | ) | |
| | ) | [Vio: 8 U.S.C. § 1324(a)(2)(B)(ii) - |
| V. | ) | Bringing in Aliens for |
| | ) | Financial Gain; |
| ALEC MCLEOD BOYKIN, | ) | 18 U.S.C. § 2 - Aid & Abet] |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[8 U.S.C. § 1324(a)(2)(B)(ii) & 18 U.S.C. § 2]

That on or about January 16, 2002, in the Western District of Texas, the Defendant,

**ALEC MCLEOD BOYKIN,**

in reckless disregard of the fact that an alien, namely, Juan Moran-Diaz, had not received prior official authorization to come to, enter and reside in the United States, aided and abetted by others, Defendant BOYKIN did bring to the United States the said Juan Moran-Diaz for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
G. GLENN ROQUE-JACKSON
Assistant U.S. Attorney

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy

```
RUN ON 03/27/08                    FEDERAL COURT SYSTEMS                              PAGE: 1
                                  WESTERN DISTRICT TEXAS
                                   CASE INQUIRY REPORT
*******************************************************************************************

CASE NO: 7:02-CR-008-01         TITLE: USA VS ALEC MCLEOD BOYKIN

*******************************************************************************************

DEFENDANT #                ORDERED AMOUNT   AMOUNT PAID   BALANCE DUE   ACCOUNT   PAYMENT TYPE
BOYKIN, ALEC MCLEOD             50.00          50.00         0.00       504100   SPECIAL ASSESSMENT FEE
                               ------         ------       ------
                                50.00          50.00         0.00

TRANSACTION  RECEIPT/     RECEIPT/   INCREASE/    TYPE OF    ACCOUNT   DEFENDANT         OTHER
             VOUCHER      VOUCHER    (DECREASE)   TRANS-     NUMBER    PAYEE/BANK
             NUMBER       DATE       CASE BAL     ACTION               NUMBER

RECEIVED    8055032313    01/13/03    25.00        TR        504100       0              25.00
RECEIVED    8050631611    04/12/06    25.00        TR        504100       0              25.00

********** CASE SUMMARY **********

TOTAL CASE BALANCE:                                   50.00

BALANCE IN U.S. TREASURY:                                                U.S.       COMMERCIAL
CASE DEPOSITORY MAINT. BALANCE :                                         TREASURY   BANKS

BALANCE IN COMMERCIAL BANKS:                                              0.00
CASE DEPOSITORY MAINT. BALANCE :                                          0.00

DEPOSITS TO RECEIPT ACCOUNTS:                                             0.00
                                                                          0.00      50.00

TYPE OF TRANSACTION:
AD: ADJUSTMENT          AJ: ADJUSTMENT-388800   BV: BANK VOUCHER      CH: CASH
BD: DIRECT BANK DEPOSIT BT: BANK TRANSFER       CC: CREDIT CARD       CR: CASE REFUND
CK: CHECK               CL: COLLATERAL          CN: CONVERSION        FF: FORFEITURE
CV: CASE VOUCHER        DW: DIRECT WITHDRAWL    DV: DEBIT VOUCHER     VD: VOID
I : INTEREST            MO: MONEY ORDER         TR: TRANSFER
```

A true copy of the original, I certify.
Clerk, U.S. District Court

By /s/ Mendenhall
                Deputy

AO 245 S (Rev. 03/01)(W.D.TX.) - Judgment in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT
## Western District of Texas
### MIDLAND/ODESSA DIVISION

UNITED STATES OF AMERICA

v.                                                     Case Number   MO-02-CR-008-F (01)

ALEC MCLEOD BOYKIN

Defendant.                          * AMENDED
                              **JUDGMENT IN A CRIMINAL CASE**
                        (For Offenses Committed On or After November 1, 1987)

The defendant, ALEC MCLEOD BOYKIN, was represented by Nicholas Taylor.

The defendant pled guilty to Count(s) one of the Information on February 5, 2002. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. 1324 (a)(2) (B)(2)(ii) & 18 U.S.C. 2 | Aiding and abetting/transportation of illegal aliens for commerical advantage and financial gain | January 16, 2002 | 1 |

As pronounced on **April 16, 2002**, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___25___ day of April, 2002.

ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

Defendant's SSN: 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
Defendant's Date of Birth: 01/28/57
Defendant address: 3102 West Tucana; Tucson, Arizona 85704

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____ Deputy

AO 245 S (Rev. 03/01)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: ALEC MCLEOD BOYKIN
Case Number: MO-02-CR-008-F (01)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighteen (18) months.

The Court makes the following recommendations to the Bureau of Prisons: that the defendant be committed to F.C.I., Tucson; that the defendant partcipate in drug counseling programs at the designated institution; that the defendant participate in job training programs at the designated institution; that the defendant participate in educational programs at the designated institution; and that the defendant participate in parenting programs at the designated institution.

The defendant shall remain in custody pending service of sentence.

The Court strongly recommends F.C.I., Tucson.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 03/01)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: ALEC MCLEOD BOYKIN
Case Number: MO-02-CR-008-F (01)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this Court as set forth on page 4 of this judgment; and shall comply with the following additional conditions:

X    The defendant shall not reside any place where firearms are possessed or stored.

X    The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

X    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Probation Officer.

Case 3:08-cr-00152-MHP   Document 2   Filed 03/31/2008   Page 8 of 18
Case 7:02-cr-00008-RAJ   Document 23   Filed 04/25/2002   Page 4 of 5
AO 245 S (Rev. 03/01)(W.D.TX.) - Supervised Release

Judgment--Page 4

Defendant: ALEC MCLEOD BOYKIN
Case Number: M0-02-CR-008-F (01)

## CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not illegally possess a controlled substance.

3) If the judgment imposed a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any schedule of payments set forth in the Criminal Monetary Penalties sheet of the judgment. In any case, the defendant shall cooperate with the Probation Officer in meeting any financial obligations.

4) In supervised release cases only, the defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

5) If convicted of a felony, the defendant shall not posses a firearm, destructive device or any other dangerous weapon.

6) For offenses committed on or after September 13, 1994, the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, as directed by the Probation Officer.

The above drug testing condition may be suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without the permission of the Court or Probation Officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 03/01)(W.D.TX.) - Fine

Judgment--Page 5

Defendant: ALEC MCLEOD BOYKIN
Case Number: MO-02-CR-008-F (01)

**FINE**

The fine is waived because the defendant's inability to pay.

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
### CRIMINAL DOCKET FOR CASE #: 7:02-cr-00008-RAJ All Defendants

## Internal Use Only

Case title: USA v. Boykin
Other court case number: CR-08-0152 ND of California-San Francisco
Magistrate judge case number: 7:02-mj-00006

Date Filed: 02/05/2001
Date Terminated: 10/12/2006

Assigned to: Judge Robert A. Junell
Appeals court case number: 05-50706

**Defendant (1)**
**Alec McLeod Boykin**
*TERMINATED: 10/12/2006*

represented by **E. Jason Leach**
Law Office of E. Jason Leach
308 North Jackson
Odessa, TX 79761
(432) 580-8104
Fax: 432/580-8540
Email: ejleach@bl-law.net
*TERMINATED: 10/12/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Nicholas Cowenhoven Taylor**
Attorney at Law
214 W. Texas, #1101
Midland, TX 79701
(432) 682-1821
Fax: 432/682-1123
Email: nct_law-office@sbcglobal.net
*TERMINATED: 05/05/2005*
*LEAD ATTORNEY*
Designation: CJA Appointment

A true copy of the original, I certify.
Clerk, U.S. District Court
By /s/ [signature]
Deputy

**Pending Counts**

8:1324.F BRINGING IN AND

**Disposition**

The defendant is here by committed to the custody of the United States Bureau

HARBORING ALIENS - defendant, aided and abetted by another, did bring in aliens into the United States for financial gain
(1)

of Prisons to be imprisoned for a term of 11 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 25 months. Sentence imposed to run consecutive to sentence imposed in MO-05-CR-071.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

On or about January 16, 2002 in Ector County, in the Western District of Texas defendants did attempt to transport or move aliens within the United States, who are not entitled to enter or reside within the United States in violation of Title 8 USC 1324(a)(1)(A)(ii) [ 7:02-m -6 ]

**Disposition**

**Plaintiff**

USA                                    represented by   **G. Glenn Roque-Jackson**
                                                         United States Attorney's Office
                                                         400 West Illinois, Suite 1200
                                                         Midland, TX 79701
                                                         (432) 686-4110
                                                         Fax: 432/686-4131
                                                         Email: glenn.roque-Jackson@usdoj.gov

                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joseph H. Gay, Jr.**
                                                         Assistant U.S. Attorney
                                                         601 N.W. Loop 410
                                                         Suite 600
                                                         San Antonio, TX 78216
                                                         (210) 384-7090

Fax: 210/530-6180
Email: Joseph.Gay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2001 | | Case assigned to Hon. W. R. Furgeson Jr. (sm) (Entered: 02/06/2002) |
| 01/17/2002 | | Case assigned to Judge L. S. Platt [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | | Arrest of Alec McLeod Boykin, Richard Allen Waters [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | 1 | Complaint filed against Alec McLeod Boykin, Richard Allen Waters [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | | Defendant(s) Alec McLeod Boykin first appearance held; preliminary exam set at 9:30 1/23/02; Defendant informed of rights. [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | | (Court only) Added for Alec McLeod Boykin attorney Nicholas Cowenhoven Taylor [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | 2 | Motion by USA as to Alec McLeod Boykin, Richard Allen Waters to detain defendant without bond [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | 3 | Order of Temporary Detention as to Alec McLeod Boykin; Bond set to No Bond. Setting Detention hearing for 9:30 1/23/02 [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/17/2002 | | Mag. #02-007 is material witness as to Alec McLeod Boykin, Richard Allen Waters [ 7:02-m -6 ] (cl) (Entered: 01/18/2002) |
| 01/18/2002 | 5 | Filed CJA Form #20 as to Alec McLeod Boykin appointing Nicholas Taylor [ 7:02-m -6 ] (fe) (Entered: 01/18/2002) |
| 01/23/2002 | 7 | Waiver of preliminary examination by Alec McLeod Boykin: Defendant held to district court. [ 7:02-m -6 ] (cl) (Entered: 01/23/2002) |
| 01/23/2002 | 8 | Waiver of Detention Hearing with Reservation of Rights by Alec McLeod Boykin as to Alec McLeod Boykin [ 7:02-m -6 ] (cl) (Entered: 01/23/2002) |
| 01/23/2002 | 12 | Order as to Alec McLeod Boykin granting motion to detain defendant without bond [2-1] Bond reset to No Bond [ 7:02-m -6 ] (sm) (Entered: 01/23/2002) |
| 01/23/2002 | | Mooted motions as to Alec McLeod Boykin (sm) (Entered: 08/01/2003) |
| 02/05/2002 | 13 | Arrest warrant returned executed for Alec McLeod Boykin on 1/17/02 [ 7:02-m -6 ] (sm) (Entered: 02/05/2002) |
| 02/05/2002 | 14 | Information filed against Alec McLeod Boykin (1) count(s) 1 (Pages: 1) |

| | | (sm) (Entered: 02/06/2002) |
|---|---|---|
| 02/05/2002 | | (Court only) Added for USA attorney G. Glenn Roque-Jackson (sm) (Entered: 02/06/2002) |
| 02/05/2002 | | Arraignment as to Alec McLeod Boykin held (sm) (Entered: 02/06/2002) |
| 02/05/2002 | | Defendant(s) Alec McLeod Boykin appears with counsel (sm) (Entered: 02/06/2002) |
| 02/05/2002 | 15 | Filed waiver of indictment by Alec McLeod Boykin (sm) (Entered: 02/06/2002) |
| 02/05/2002 | 16 | Plea agreement filed as to Alec McLeod Boykin (sm) (Entered: 02/06/2002) |
| 02/05/2002 | | Plea of guilty entered by Alec McLeod Boykin (1) count(s) 1 (sm) (Entered: 02/06/2002) |
| 02/05/2002 | | Referred to Probation for Pre-Sentence Report as to Alec McLeod Boykin (sm) (Entered: 02/06/2002) |
| 02/05/2002 | | Guilty plea accepted by the court as to Alec McLeod Boykin (1) count(s) 1 (sm) (Entered: 02/06/2002) |
| 02/05/2002 | 17 | Order as to Alec McLeod Boykin setting sentencing to 1:15 4/16/02 (sm) (Entered: 02/06/2002) |
| 02/07/2002 | 18 | Motion by USA as to Alec McLeod Boykin to release material witnesses Jesus Moran-Amador, Juan Moran-Diaz, Alfredo Perez-Arevalo and Daniel Rivera-Ramirez in MO-02-007M (sm) (Entered: 02/07/2002) |
| 02/08/2002 | 19 | Order as to Alec McLeod Boykin granting motion to release material witnesses Jesus Moran-Amador, Juan Moran-Diaz, Alfredo Perez-Arevalo and Daniel Rivera-Ramirez in MO-02-007M [18-1] (sm) (Entered: 02/08/2002) |
| 03/19/2002 | 20 | Order as to Alec McLeod Boykin resetting sentencing to 5:00 4/16/02 (sm) (Entered: 03/19/2002) |
| 04/03/2002 | 21 | Sealed Motion by USA as to Alec McLeod Boykin SEALED (sm) (Entered: 04/03/2002) |
| 04/16/2002 | | Sentencing held Alec McLeod Boykin (1) count(s) 1. It is ordered that the defendant shall pay a special assessment of $100.00 which shall be due payable immediately. The defendant is here by committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 18 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. ; Mooted Motions: motion SEALED [21-1] (sm) (Entered: 04/17/2002) |
| 04/17/2002 | | SEALED PSI PLACED IN VAULT as to Alec McLeod Boykin (sm) (Entered: 04/17/2002) |
| 04/22/2002 | 22 | Judgment and Commitment as to Alec McLeod Boykin (1) count(s) 1 |

| | | |
|---|---|---|
| | | (Pages: 5) (sm) (Entered: 04/22/2002) |
| 04/25/2002 | 23 | Amended Judgment and Commitment as to Alec McLeod Boykin (1) count(s) 1 (Pages: 5) (sm) Modified on 04/25/2002 (Entered: 04/25/2002) |
| 06/13/2002 | | SEALED PSI and Statement of Reasons as to Alec McLeod Boykin returned to Probation Office (sm) (Entered: 06/13/2002) |
| 12/15/2004 | | (Court only) Location Fugitive started for Alec McLeod Boykin (vt) (Entered: 12/15/2004) |
| 12/15/2004 | 25 | Probation Form 12 to revoke probation/supervised release as to Alec McLeod Boykin signed by Judge Robert A. Junell (vt) (Entered: 03/03/2005) |
| 12/15/2004 | 25 | Order Arrest warrant issued for Alec McLeod Boykin signed by Judge Robert A. Junell (vt) (Entered: 03/03/2005) |
| 12/15/2004 | | Arrest warrant issued for Alec McLeod Boykin (vt) (Entered: 03/03/2005) |
| 12/21/2004 | 24 | Motion by USA as to Alec McLeod Boykin for revocation of probation/supervised release (sm) (Entered: 12/21/2004) |
| 01/14/2005 | | Defendant(s) Alec McLeod Boykin arrested in other district: District of Arizona, Tucson Division (sm) (Entered: 02/08/2005) |
| 01/14/2005 | | (Court only) Excludable - XM stopped for Alec McLeod Boykin (sm) (Entered: 03/09/2005) |
| 02/08/2005 | | Received documents as to Alec McLeod Boykin transferred pursuant to Rule 5 from District of Arizona, Tucson Division (sm) (Entered: 02/08/2005) |
| 03/03/2005 | | Defendant Alec McLeod Boykin initial appearance on revocation proceedings held (vt) (Entered: 03/03/2005) |
| 03/03/2005 | 26 | Order of Temporary Detention as to Alec McLeod Boykin ; Bond reset to NO BOND for Alec McLeod Boykin. setting Detention hearing for 9:30 3/14/05 for Alec McLeod Boykin signed by Judge L. S. Platt (vt) (Entered: 03/03/2005) |
| 03/03/2005 | 27 | Minutes of proceedings for Intial App. conducted on 03/03/05 as to Alec McLeod Boykin by Judge Platt. Court Reporter: ERO (vt) (Entered: 03/03/2005) |
| 03/03/2005 | 28 | Filed CJA Form #20 as to Alec McLeod Boykin appointing Nicholas C. Taylor (sm) (Entered: 03/03/2005) |
| 03/07/2005 | 29 | Order reassigning case to the docket of Judge Robert Junell as to Alec McLeod Boykin signed by Hon. W. R. Furgeson Jr. (sm) (Entered: 03/07/2005) |
| 03/07/2005 | | Case reassigned from Hon. W. R. Furgeson Jr. to Judge Robert A. Junell (sm) (Entered: 03/07/2005) |

| | | |
|---|---|---|
| 03/14/2005 | 30 | Waiver of preliminary examination hearing on supervised release violation by Alec McLeod Boykin : Defendant held to district court. (vt) (Entered: 03/15/2005) |
| 03/14/2005 | 31 | Waiver of detention hearing with reservation of rights by Alec McLeod Boykin as to Alec McLeod Boykin (vt) (Entered: 03/15/2005) |
| 03/14/2005 | 32 | Order of Detention: Bond reset to NO BOND for Alec McLeod Boykin. Mooted Bond Motions signed by Judge L. S. Platt (vt) (Entered: 03/15/2005) |
| 03/15/2005 | 33 | Minutes of proceedings for Prelim. Rvk. Hrg. conducted on 03/14/05 as to Alec McLeod Boykin by Judge Platt. Court Reporter: ERO (vt) (Entered: 03/15/2005) |
| 03/15/2005 | 34 | Arrest warrant returned executed for Alec McLeod Boykin on 3/14/05 (vt) (Entered: 03/15/2005) |
| 03/16/2005 | 35 | Order as to Alec McLeod Boykin setting final revocation hearing to 11:15 3/24/05 signed by Judge Robert A. Junell (sm) (Entered: 03/16/2005) |
| 03/24/2005 | 36 | Order as to Alec McLeod Boykin RESETTING final revocation hearing for 8:00 5/3/05 for Alec McLeod Boykin signed by Judge Robert A. Junell (vt) (Entered: 03/24/2005) |
| 05/03/2005 | | Final revocation hearing for Alec McLeod Boykin by Judge Robert A. Junell held (sm) (Entered: 05/03/2005) |
| 05/03/2005 | | Probation/Supervised Release revoked and set aside as to Alec McLeod Boykin (1) count(s) 1. The defendant is here by committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 11 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 25 months. Sentence imposed to run consecutive to sentence imposed in MO-05-CR-071. (sm) (Entered: 05/03/2005) |
| 05/03/2005 | 37 | Minutes of proceedings for Final Revocation Hearing conducted on May 3, 2005 as to Alec McLeod Boykin by Judge Junell. Court Reporter: Todd Anderson (sm) (Entered: 05/03/2005) |
| 05/04/2005 | 38 | Motion by Alec McLeod Boykin for Nicholas Taylor to withdraw as attorney , and for appointment of counsel on appeal (sm) (Entered: 05/04/2005) |
| 05/05/2005 | 39 | Order as to Alec McLeod Boykin granting motion for revocation of probation/supervised release [24-1] signed by Judge Robert A. Junell (sm) (Entered: 05/05/2005) |
| 05/05/2005 | | (Court only) Added for Alec McLeod Boykin attorney E. Jason Leach (sm) (Entered: 05/05/2005) |
| 05/05/2005 | 40 | Order as to Alec McLeod Boykin granting motion for Nicholas Taylor to withdraw as attorney [38-1] , granting motion for appointment of counsel |

| | | |
|---|---|---|
| | | on appeal [38-2] of E. Jason Leach signed by Judge L. S. Platt (sm) (Entered: 05/05/2005) |
| 05/05/2005 | | (Court only) Attorney terminated for Alec McLeod Boykin : attorney Nicholas Cowenhoven Taylor (sm) (Entered: 05/05/2005) |
| 05/09/2005 | 41 | Notice of appeal by Alec McLeod Boykin (sm) (Entered: 05/09/2005) |
| 05/09/2005 | | Notice of appeal and certified copy of docket to USCA: as to Alec McLeod Boykin appeal [41-1] (sm) (Entered: 05/09/2005) |
| 05/27/2005 | 42 | Appeal Transcript requested by Alec McLeod Boykin appeal [41-1] ; Transcript due on 6/27/05 for dates of May 3, 2005 (Proceedings Transcribed: Final Revocation Hearing) (Court Reporter: Todd Anderson) (sm) (Entered: 05/31/2005) |
| 05/31/2005 | 43 | Transcript filed by Alec McLeod Boykin appeal [41-1] for dates of May 3, 2005 (Proceedings Transcribed: Final Revocation Hearing) (Court Reporter: Todd Anderson) Appeal record due on 6/15/05 (sm) (Entered: 05/31/2005) |
| 06/02/2005 | | Certified and transmitted record on appeal to U.S. Court of Appeals: as to Alec McLeod Boykin appeal [41-1] (sm) (Entered: 06/02/2005) |
| 06/07/2005 | 44 | Appeal Transcript requested by Alec McLeod Boykin appeal [41-1] ; Transcript due on 7/5/05 for dates of 3/3/05 and 3/14/05 (Proceedings Transcribed: Initial Appearance, Preliminary Exam and Detention Hearing) (Court Reporter: Diane Pattillo) (sm) (Entered: 06/07/2005) |
| 06/13/2005 | | Return of appeal information sheet received. as to Alec McLeod Boykin appeal [41-1] USCA NUMBER: 05-50706 (vt) (Entered: 06/13/2005) |
| 06/27/2005 | | Miscellaneous hearing (defendant's letter for appointment of counsel) for Alec McLeod Boykin; Judge advised defendant out of time, hearing dismissed held (sm) (Entered: 06/27/2005) |
| 06/27/2005 | 45 | Minutes of proceedings for Appoint Counsel conducted on June 27, 2005 as to Alec McLeod Boykin by Judge Platt. Court Reporter: Computer Recording (sm) (Entered: 06/27/2005) |
| 07/06/2005 | 46 | Transcript filed by Alec McLeod Boykin appeal [41-1] for dates of March 3, 2005 (Proceedings Transcribed: Defendant's First Appearance) (Court Reporter: Diane Pattillo) (sm) (Entered: 07/06/2005) |
| 07/06/2005 | 47 | Transcript filed by Alec McLeod Boykin appeal [41-1] for dates of March 14, 2005 (Proceedings Transcribed: Preliminary and Detention Hearing) (Court Reporter: Diane Pattillo) (sm) (Entered: 07/06/2005) |
| 07/11/2005 | | Transmitted supplemental record on appeal: as to Alec McLeod Boykin appeal [41-1] (vt) (Entered: 07/11/2005) |
| 06/06/2006 | ●48 | PROBATION FORM 12 as to Alec McLeod Boykin (vt, ) (Entered: 06/07/2006) |
| 07/25/2006 | ●49 | JUDGMENT/MANDATE of USCA (certified copy) as to Alec McLeod |

| | | |
|---|---|---|
| | | Boykin re 41 Notice of Appeal - Final Judgment ; USDC affirmed (sm, ) (Entered: 07/25/2006) |
| 07/25/2006 | 🌑 | Appeal Record Returned as to Alec McLeod Boykin: 41 Notice of Appeal - Final Judgment (sm, ) (Entered: 07/25/2006) |
| 08/25/2006 | 🌑50 | PROBATION FORM 12 modifying conditions of supervision as to Alec McLeod Boykin (sm, ) (Entered: 08/25/2006) |
| 09/20/2006 | | (Court only) ***Location start as to Alec McLeod Boykin in compliance with the e government act (sm, ) (Entered: 09/20/2006) |
| 09/20/2006 | 🌑51 | Probation Form 12 to revoke probation/supervised release as to Alec McLeod Boykin (1) Count 1 (sm, ) (Entered: 09/21/2006) |
| 09/20/2006 | 🌑52 | Probation Warrant Issued as to Alec McLeod Boykin. (sm, ) (Entered: 09/21/2006) |
| 09/20/2006 | 🌑 | Arrest of Alec McLeod Boykin (sm, ) (Entered: 09/21/2006) |
| 09/21/2006 | 🌑53 | Minute Entry for proceedings held before Judge L. Stuart Platt :Initial Appearance on Revocation Proceedings as to Alec McLeod Boykin held on 9/21/2006 Appearance entered by E. Jason Leach for Alec McLeod Boykin on behalf of defendant. (Minute entry documents are not available electronically.), Set/Reset Hearings: Bond Hearing set for 10/2/2006 01:30 PM before Honorable L. Stuart Platt. Preliminary Revocation Hearing set for 10/2/2006 01:30 PM before Honorable L. Stuart Platt. (Court Reporter Digital.) (sm, ) (Entered: 09/22/2006) |
| 09/21/2006 | 🌑54 | ORDER OF TEMPORARY DETENTION: Bond set to No Bond as to Alec McLeod Boykin Bond Hearing set for 10/2/2006 01:30 PM before Honorable L. Stuart Platt.. Signed by Judge L. Stuart Platt. (sm, ) (Entered: 09/22/2006) |
| 09/26/2006 | 🌑55 | Probation Warrant Returned Executed on September 20, 2006 as to Alec McLeod Boykin. (sm, ) (Entered: 09/26/2006) |
| 09/28/2006 | 🌑56 | ORDER as to Alec McLeod Boykin Detention Hearing set for 10/5/2006 09:30 AM before Honorable L. Stuart Platt. Preliminary Revocation Hearing set for 10/5/2006 09:30 AM before Honorable L. Stuart Platt.. Signed by Judge L. Stuart Platt. (sm, ) (Entered: 09/28/2006) |
| 10/05/2006 | 🌑57 | Minute Entry for proceedings held before Judge L. Stuart Platt :Preliminary Revocation Hearing as to Alec McLeod Boykin not held on 10/5/2006 ; defendant asked to go before Judge Junell as soon as possible (Minute entry documents are not available electronically.) (Court Reporter Digital.) (sm, ) (Entered: 10/05/2006) |
| 10/06/2006 | 🌑58 | ORDER as to Alec McLeod Boykin Final Hearing re Revocation of Supervised Release set for 10/11/2006 09:00 AM before Honorable Robert A. Junell.. Signed by Judge Robert A. Junell. (sm, ) (Entered: 10/06/2006) |
| 10/11/2006 | 🌑59 | Order Approving Waiver of Preliminary Examination in Open Courtn |

|            |        |                                                                                                                                                                                                                                               |
|------------|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |        | and ORDER OF DETENTION: Bond set to No Bond as to Alec McLeod Boykin . Signed by Judge L. Stuart Platt. (sm, ) (Entered: 10/11/2006)                                                                                                         |
| 10/11/2006 | 60     | Minute Entry for proceedings held before Judge Robert A. Junell :Final Revocation Hearing as to Alec McLeod Boykin held on 10/11/2006 (Minute entry documents are not available electronically.) (Court Reporter Todd Anderson.) (sm, ) (Entered: 10/11/2006) |
| 10/12/2006 | 61     | Oder on Probation/Supervised Release Modifying Conditions as to Alec McLeod Boykin . Signed by Judge Robert A. Junell. (sm, ) (Entered: 10/12/2006)                                                                                         |
| 10/13/2006 | 62     | CJA 20 as to Alec McLeod Boykin: Appointment of Attorney E. Jason Leach for Alec McLeod Boykin. . Signed by Judge Robert A. Junell. (sm, ) (Entered: 10/13/2006)                                                                             |
| 03/24/2008 | 63     | Probation/Supervised Release Jurisdiction Transferred to Northern District of California, San Francisco Division as to Alec McLeod Boykin Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (sm, ) (Entered: 03/24/2008) |
| 03/27/2008 | 64     | Letter/Correspondence to Northern District of California regarding Transfer of Jurisdiction as to Alec McLeod Boykin (sm, ) (Entered: 03/27/2008)                                                                                            |